1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5 Attorneys for Mr. Resendiz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0386-AJB |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **EBER ABDIEL RESENDIZ**, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 13, 2008      /s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Resendiz
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 13, 2008          /s/ *Candis Mitchell*
                     **CANDIS L. MITCHELL**
                     Federal Defenders of San Diego, Inc.
                     225 Broadway, Suite 900
                     San Diego, CA 92101-5030
                     (619) 234-8467 (tel)
                     (619) 687-2666 (fax)
                     Candis_Mitchell@fd.org