FILED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0523-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., |
| EBER ABDIEL RESENDIZ, | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendant. | |

The United States Attorney charges:

On or about February 7, 2008, within the Southern District of California, defendant EBER ABDIEL RESENDIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Martinez-Morales, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2/26/08.

KAREN P. HEWITT
United States Attorney

For JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:es:San Diego
2/12/08