

AO 455 (Rev. 5/85) Waiver of Indictment

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| EBER ABDIEL RESENDIZ | CASE NUMBER: 08CR0523-JLS / 08mj0386 |

 

I, EBER ABDIEL RESENDIZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _26 February 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY